UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:03-CR-326-JCM-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSEPH HAROLD BATTIG ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#13) on October 30, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA TICKET SERVICE
Amount of Restitution: $12,600.00

Name of Payee: BALTIMORE RAVENS
Amount of Restitution: $800.00

**Total Amount of Restitution ordered: $13,400.00**

Dated this 21st day of November, 2016.

UNITED STATES DISTRICT JUDGE